IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS E. JURKOWICH,
    Petitioner,

vs.                                      Case No.:  3:04cv320/RV/EMT

JAMES CROSBY, JR.,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 10, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The amended petition for writ of habeas corpus (Doc. 6) is **DISMISSED** without prejudice for failure to exhaust.

    **DONE AND ORDERED** this 19th day of July, 2005.

                                                           /s/ *Roger Vinson*
                                                           **ROGER VINSON**
                                                           **UNITED STATES SENIOR JUDGE**